UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

In Re: <u>John D Storten dba First Finish Auto Body;</u>

<u>Cheryl Ann Storten,</u>              )

        Debtor              )    Case No. <u>14-10436</u>

                               )

                               )    Chapter 13

<u>Bank of America, N.A.           )</u>

        Name of Transferor    )

                               )

<u>Federal National Mortgage Association</u>    )

<u>("Fannie Mae"), creditor c/o Seterus</u>    )

        Name of Transferee    )


NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY


Claim No. <u>10</u> was filed or deemed filed under 11 U.S.C. section 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security and Notice of Transfer dated: <u>May 21, 2015</u> in the clerk's office of this court on :May 21, 2015


DEADLINE TO OBJECT TO TRANSFER


The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further Order of the court.


Date: <u>May 20, 2015</u>

                      <u>/s/Andrew Goldberg</u>
                      Andrew Goldberg
                      Signature of Transferee's Agent

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

**In re** John D Storten dba First Finish Auto Body; Cheryl Ann Storten            **Case No.** 14-10436

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | Bank of America, N.A. |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

**Phone:** _____
**Last Four Digits of Acct #:** XXXX7764

**Court Claim # (if known):** 10
**Amount of Claim:** 63,803.92
**Date Claim Filed:** 08/04/2014

**Phone:** _____
Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 2206
Grand Rapids, MI 49501-2206

**Phone:** _____
**Last Four Digits of Acct #:** XXXX7764

I declare under penalty and perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: /s/Andrew Goldberg            Date: May 20, 2015
    Andrew Goldberg
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Daniel P. Foster, Esq.
Debtor(s) Attorney

Ronda J. Winnecour Esq
Chapter 13 Trustee

Alexandra T. Garcia, Esq.
Attorney for Transferor


I hereby certify that a copy of the foregoing Transfer of Claim have been served via first class mail on the following parties:

Bank of America, N.A.
Mail Stop TX2-982-03-03
7105 Corporate Drive
PTX-B-209
Plano, Texas


May 21, 2015

                                                                             /s/Arzoo Mamoor
                                                                              Arzoo Mamoor